1
2
3
4
5
6                             UNITED STATES DISTRICT COURT
7                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                      OAKLAND DIVISION
9

| | |
|---|---|
| ATHANASSIOS DIACAKIS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>COMCAST CORPORATION; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No:  C 11-3002 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 15, 19 |

   The hearing on Defendant's motion to dismiss and the Case Management Conference scheduled for October 18, 2011 are CONTINUED to December 6, 2011 at 1:00 p.m.  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

   IT IS SO ORDERED.

Dated: October 11, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge