1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATHANASSIOS DIACAKIS,                          Case No. C11-03002 SBA ( JCS)

        Plaintiff(s),

           v.                                   **ORDER FOR IN PERSON MEET AND CONFER.**

COMCAST CORPORATION,

        Defendant(s).

_____/

     IT IS HEREBY ORDERED that lead trial counsel for Plaintiff, and lead trial counsel for Defendant shall meet and confer, in person, on **December 2, 2011, at 9:30 a.m.,** in Magistrate Judge Joseph C. Spero's jury room located at 450 Golden Gate Ave., 15th Floor, Courtroom G, San Francisco, CA.

     IT IS SO ORDERED.

Dated:  November 23, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge