1

2  BRIAN R. STRANGE (SBN 103252)
   *lacounsel@earthlink.net*
3  GRETCHEN A.CARPENTER (SBN 180525)
   *gcarpenter@strangeandcarpenter.com*
4  JOHN P. KRISTENSEN (SBN 224132)
   *jkristensen@strangeandcarpenter.com*
   STRANGE & CARPENTER
5  12100 Wilshire Blvd., Suite 1900
   Los Angeles, CA 90025
6  Telephone: 310-207-5055; Fax: 310-826-3210

7  Attorneys for Plaintiffs

8

9              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
10                **OKLAND DIVISION**

11  ATHANASSIOS DIACAKIS, individually    ) **Case No. 11-cv-3002-SBA**
    and on behalf of all others similarly  )
12  situated,                             ) **CLASS ACTION**
                                          )
13              Plaintiff,                )
                                          )
14        v.                              ) **STIPULATION TO EXTEND TIME FOR**
                                          ) **PLAINTIFF TO FILE AN OPPOSITION**
15  COMCAST CORPORATION; and DOES         ) **TO DEFENDANT'S MOTION TO**
    1-10, inclusive,                      ) **DISMISS & TO EXTEND TIME FOR**
16                                        ) **DEFENDANT TO FILE A REPLY;**
                                          ) **DECLARATION OF JOHN P.**
17  Defendants.                           ) **KRISTENSEN**
                                          )
18                                        ) Hearing Date: May 15, 2012
                                          ) Time: 1:00 p.m.
19                                        ) Courtroom: 1
                                          )
20                                        ) Assigned to the Hon. Saundra Brown
                                          ) Armstrong, Courtroom 1
21                                        )
22  _____      ) Case filed on May 13, 2011

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **STIPULATION**

Plaintiff Athanasius Diacakis (hereinafter "Plaintiff" or "Diacakis") and Defendant Comcast Corporation (hereinafter "Comcast" or "Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, Comcast filed a Motion to Dismiss the Second Amended Complaint ("SAC") on February 13, 2012, with a hearing date on May 15, 2012;

**WHEREAS**, under the Local Rules, Plaintiff's Opposition is now due on February 27, 2012, nearly 10 weeks before the May 15, 2012 hearing;

**WHEREAS**, counsel for Plaintiff, John P. Kristensen, who is the senior associate assigned to the case and who will be primarily responsible for preparing the opposition, will be travelling out of the country from February 18, 2012 until March 3, 2012;

**WHEREAS**, in order to accommodate Plaintiff's counsel's travel schedule, and in light of the hearing being scheduled for May 15, 2012, the parties have agreed to extend Plaintiff's time to file an Opposition to the Motion to Dismiss the SAC by two weeks, until Monday, March 12, 2012, and Comcast's time to file a Reply to the Opposition until Monday, March 26, 2012;

**WHEREAS**, good cause exists to grant the continuances set forth herein for the reasons set forth in the concurrently filed Declaration of John P. Kristensen;

**NOW THEREFORE**, both parties stipulate and agree, subject to court approval, that:

Plaintiff's Opposition to the Motion to Dismiss the SAC will be due on Monday, March 12, 2012; and

Comcast's Reply to the Opposition to the Motion to Dismiss the SAC will be due on Monday, March 26, 2012.

1    Dated: February 16, 2012                    DRINKER BIDDLE & REATH LLP

2

3                                                By:_____/s/_____
                                                    Michael J. Stortz
4
                                                Attorneys for Defendant
5                                                COMCAST CORPORATION

6
     Dated: February 16, 2012                    STRANGE & CARPENTER
7

8
                                                By:_____/s/_____
9                                                   John P. Kristensen

10                                               Attorneys for Plaintiff

11

12   **GOOD CAUSE APPEARING, IT IS SO ORDERED**

13   Dated:  February 16, 2012                   *Saundra B Armstrong*

14                                               Hon. Saundra Brown Armstrong
                                                 United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28