1  MICHAEL J. STORTZ (SBN #139386)
   michael.stortz@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
4  Facsimile:    (415) 591-7510

5  Attorneys for Defendant
   COMCAST CORPORATION

6
7  SEAMUS C. DUFFY
   seamus.duffy@dbr.com
   MICHAEL W. MCTIGUE JR.
8  michael.mctigue@dbr.com
   MICHAEL P. DALY
9  michael.daly@dbr.com
   TARA S. SAROSIEK
10 tara.sarosiek@dbr.com
   DRINKER BIDDLE & REATH LLP
11 One Logan Square, Ste. 2000
   Philadelphia, PA  19103-6996
12 Telephone:    (215) 988-2700
   Facsimile:    (215) 988-2757

13
14 Attorneys for Defendant
   COMCAST CORPORATION

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                          OAKLAND DIVISION
18

19 ATHANASSIOS DIACAKIS, individually    Case No. 11-CV 3002-SBA
   and on behalf of all others similarly
20 situated,                             **STIPULATION TO CONTINUE
                                         BRIEFING DEADLINES ON PLAINTIFF'S
                  Plaintiffs,            MOTION FOR CLASS CERTIFICATION;
21                                       ORDER**

22        v.                             Date: December 11, 2012
                                         Time: 11:00 a.m.
23 COMCAST CORPORATION; and DOES         Dept: 1- 4th Floor
   1-10, inclusive,
24
25
26        WHEREAS the deadline for Defendant Comcast Corporation ("Defendant") to file its

27 papers in opposition to Plaintiff's pending Motion for Class Certification is October 30, 2012;

28

DRINKER BIDDLE &
  REATH LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

1      WHEREAS the deadline for Plaintiff to file his reply papers in support of class

2  certification is November 13, 2012;

3      WHEREAS Hurricane Sandy has disrupted Defendant's ability to submit its opposition by

4  the foregoing deadline;

5      WHEREAS Defendant has therefore requested an extension of this deadline, to which

6  Plaintiff has agreed; and

7      WHEREAS the parties have accordingly agreed, subject to court approval, to a brief

8  continuance of the foregoing deadlines.

9      IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

10      1.     The deadline for Defendant's papers in opposition to Plaintiff's Motion for Class

11  Certification is November 6, 2012; and

12      2.     The deadline for Plaintiff's reply papers in support of class certification is

13  November 20, 2012.

14

15  Dated: October 29, 2012                    DRINKER BIDDLE & REATH LLP

16

17                                            By:/s/ Michael J. Stortz
                                                  _____
18                                                Michael J. Stortz

19                                            Attorneys for Defendant
                                              COMCAST CORPORATION
20

21  Dated: October 29, 2012                    STRANGE & CARPENTER

22

23                                            By: /s/ Gretchen Carpenter
                                                  _____
                                                  Gretchen Carpenter
24
                                              Attorneys for Plaintiff
25

26              **Attestation Pursuant to Local Rule 5.1(i)**

27      Pursuant to Local Rule 5.1(i), I, Michael J. Stortz, hereby attest that I have obtained

28

1   concurrence in the filing of this document from the other signatory to this document.

2       I declare under penalty of perjury under the law of the United States of America that the

3   foregoing is true and correct.  Executed on October 29, 2012, at San Francisco, California.

4

5                           /s/ Michael J. Stortz
                            _____
6                           Michael J. Stortz

7

8       Based on the foregoing Stipulation of the parties, and for good cause shown, IT IS SO

9   ORDERED.

10

11

12       Dated: _10/30/12            _____
                                     Honorable Saundra Brown Armstrong
13                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
SF01/ 861689.1                - 3 -              CASE NO. 11-cv-3002-SBA