UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATHANASSIOS DIACAKIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants. | No: C 11-3002 SBA<br><br>**ORDER DENYING STIPULATION TO CONTINUE DISCOVERY AND DISPOSTIVE MOTIONS DEADLINES**<br><br>Dkt. 104 |

The parties' stipulated request to continue discovery and dispositive motion deadlines is DENIED for failure to demonstrate good cause. See Fed. R. Civ. P. 16(b)(4) ("Modifying a Schedule. A schedule may be modified only for good cause and with the judge's consent."); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 610 (9th Cir. 1992) ("The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'") (citation omitted). This Order terminates Docket 104.

IT IS SO ORDERED.

Dated: April 26, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge