1
2
3
4                   UNITED STATES DISTRICT COURT
5             FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                          OAKLAND DIVISION
7
8   ATHANASSIOS DIACAKIS, individually          No:  C 11-3002 SBA
    and on behalf of all others similarly situated,
9                                               **ORDER DENYING RENEWED**
                 Plaintiff,                     **STIPULATION TO CONTINUE**
10                                              **DISCOVERY AND OTHER**
            vs.                                 **DEADLINES**
11
    COMCAST CORPORATION, and DOES 1-            Dkt. 106
12  10, inclusive,
13               Defendants.
14
15          Before the Court is the parties' renewed stipulated request to continue discovery and

16  other deadlines.  Dkt. 106.  Aside from mentioning the pendency of the Plaintiff's motion

17  for class certification (which has since been resolved), the parties fail to explain why, in the

18  exercise of due diligence, they are unable to comply with the present pretrial schedule.  See

19  Fed. R. Civ. P. 16(b)(4) ("Modifying a Schedule. A schedule may be modified only for

20  good cause and with the judge's consent."); Johnson v. Mammoth Recreations, Inc., 975

21  F.2d 604, 610 (9th Cir. 1992) ("The district court may modify the pretrial schedule 'if it

22  cannot reasonably be met despite the diligence of the party seeking the extension.'")

23  (citation omitted). Accordingly, the parties' renewed stipulated request to continue

24  discovery and other deadlines is DENIED.  This Order terminates Docket 106.

25          IT IS SO ORDERED.

26  Dated:  May 3, 2013

27                                              SAUNDRA BROWN ARMSTRONG
                                                United States District Judge
28