BRIAN R. STRANGE (SBN 103252)
lacounsel@earthlink.net
GRETCHEN CARPENTER (SBN 180525)
gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Attorneys for Plaintiff
ATHANASSIOS DIACAKIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATHANASSIOS DIACAKIS, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CORPORATION; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 11-cv-3002 SBA<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES; [PROPOSED] ORDER**<br><br>Assigned to the Hon. Saundra Brown Armstrong, Courtroom 1<br><br>Case filed on May 13, 2011<br>Trial Date: October 7, 2013 |

WHEREAS, this case was filed as a putative class action;

WHEREAS, Plaintiff filed his motion for class certification on October 2, 2012;

WHEREAS, on May 3, 2013, this Court denied Plaintiff's motion for class certification (Dkt. 108);

WHEREAS, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, on or before May 17, 2013, Plaintiff intends to file a petition for permission to appeal the Court's Order denying class certification, as well as a request to stay proceedings in this Court pending appeal;

WHEREAS Defendant expects to oppose Plaintiff's petition under Rule 23(f), and reserves any and all grounds for opposing same;

WHEREAS, the Court's Order Revising Pretrial Schedule and Continuing Trial Date (Dkt. 100) set modified dates and deadlines, including the following discovery deadlines which are at issue on this stipulation: a May 19, 2013 deadline for fact discovery; a May 19, 2013 deadline for Plaintiff and Defendant to designate experts; a June 2, 2013 deadline for the parties to designate rebuttal experts; and a June 30, 2013 deadline for expert discovery;

WHEREAS, in light of Plaintiff's anticipated petition for permission to appeal the Court's Order denying class certification, as well as a request to stay proceedings in this Court pending appeal, and in order to allow the Ninth Circuit time to rule on that petition before the parties are required to complete all fact and expert discovery, the parties have accordingly agreed, subject to court approval, to a brief continuance of the foregoing discovery deadlines.

IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

1. The deadline to complete fact discovery is continued to July 19, 2013;

2. The deadline for the parties to designate experts is continued to July 19, 2013;

3. The deadline for the parties to designate rebuttal experts is continued to July 29, 2013;

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. 11-CV 3002-SBA

4.     The deadline for completion of expert discovery is continued to August 15, 2013.

Dated: May 14, 2013                                    DRINKER BIDDLE & REATH LLP


By:/s/ Michael J. Stortz
    Michael J. Stortz

Attorneys for Defendant
COMCAST CORPORATION


Dated: May 14, 2013                                    STRANGE & CARPENTER


By: /s/ Gretchen Carpenter
    Gretchen Carpenter

Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER          - 2 -                    CASE NO. 11-CV 3002-SBA

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Gretchen Carpenter, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on May 14, 2013 at Los Angeles, California.

/s/ Gretchen Carpenter
Gretchen Carpenter

**ORDER**

Based on the foregoing Stipulation of the parties, and for good cause shown, IT IS SO ORDERED

Dated: __5/15/13__

*Saundra B Armstrong*
Honorable Saundra Brown Armstrong
United States District Judge

STIPULATION AND [PROPOSED] ORDER - 3 - CASE NO. 11-CV 3002-SBA