1   BRIAN R. STRANGE (SBN 103252)
    lacounsel@earthlink.net
2   GRETCHEN CARPENTER (SBN 180525)
    gcarpenter@strangeandcarpenter.com
3   STRANGE & CARPENTER
    12100 Wilshire Blvd., Suite 1900
4   Los Angeles, CA 90025
    Telephone:  (310) 207-5055
5   Facsimile:   (310) 826-3210

6   Attorneys for Plaintiff
    ATHANASSIOS DIACAKIS

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  ATHANASSIOS DIACAKIS, individually    )   Case No. 11-cv-3002 SBA
    and on behalf of all others similarly )
13  situated,                             )   **STIPULATION TO CONTINUE**
                                          )   **DISCOVERY DEADLINES;**
14                   Plaintiff,           )   **[PROPOSED] ORDER**
                                          )
15      v.                                )   Assigned to the Hon. Saundra Brown
                                          )   Armstrong, Courtroom 1
16  COMCAST CORPORATION; and DOES         )
    1-10, inclusive,                      )   Case filed on May 13, 2011
17                                        )   Trial Date:  October 7, 2013
                     Defendants.          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21  _____)

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, this case was filed as a putative class action;

WHEREAS, Plaintiff filed his motion for class certification on October 2, 2012;

WHEREAS, on May 3, 2013, this Court denied Plaintiff's motion for class certification (Dkt. 108);

WHEREAS, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, on May 17, 2013, Plaintiff filed a petition for permission to appeal the Court's Order denying class certification, as well as a request to stay proceedings in this Court pending appeal ("Rule 23(f) Petition");

WHEREAS, on May 31, 2013, Defendant filed an opposition to Plaintiff's Rule 23(f) Petition;

WHEREAS, the Ninth Circuit has not yet ruled on Plaintiff's Rule 23(f) Petition;

WHEREAS, the Court's Order granting the parties' Stipulation to Continue Discovery Deadlines (Dkt. 109) set modified dates and deadlines, including the following discovery deadlines which are at issue on this stipulation: a July 19, 2013 deadline for fact discovery; a July 19, 2013 deadline for Plaintiff and Defendant to designate experts; a July 29, 2013 deadline for the parties to designate rebuttal experts; and a August 15, 2013 deadline for expert discovery;

WHEREAS, in light of Plaintiff's Rule 23(f) Petition, and in order to allow the Ninth Circuit time to rule on that Petition before the parties are required to complete all fact and expert discovery, the parties have accordingly agreed, subject to court approval, to a further brief continuance of the foregoing discovery deadlines.

IT IS HEREBY STIPULATED by the parties through their respective counsel as follows:

1.      The deadline to complete fact discovery is continued to August 2, 2013;

2.      The deadline for the parties to designate experts is continued to August 2, 2013;

3.      The deadline for the parties to designate rebuttal experts is continued to August 12, 2013;

STIPULATION AND [PROPOSED] ORDER

CASE NO. 11-CV 3002-SBA

4.      The deadline for completion of expert discovery is continued to August 29, 2013.

Dated: June 20, 2013                          DRINKER BIDDLE & REATH LLP


                                              By:/s/ Michael J. Stortz
                                                  Michael J. Stortz

                                              Attorneys for Defendant
                                              COMCAST CORPORATION

Dated: June 20, 2013                          STRANGE & CARPENTER


                                              By: /s/ Gretchen Carpenter
                                                   Gretchen Carpenter

                                              Attorneys for Plaintiff

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Gretchen Carpenter, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  Executed on June 20, 2013 at Los Angeles, California.


/s/ Gretchen Carpenter
Gretchen Carpenter


**ORDER**

Based on the foregoing Stipulation of the parties, and for good cause shown, IT IS SO ORDERED

Dated:  6/24/13

Honorable Saundra Brown Armstrong
United States District Judge