UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATHANASSIOS DIACAKIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants. | No:  C 11-3002 SBA<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING ACTION** |

The parties have submitted a second request to continue all trial-related deadlines pending the Ninth Circuit's consideration of Plaintiff's petition pursuant to Federal Rule of Civil Procedure 23(f).  Dkt. 115.  Rather than again alter the existing pretrial schedule, the Court instead will hold the action in abeyance pending the Ninth Circuit's ruling on Plaintiff's petition.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. The instant action shall be held in ABEYANCE and ADMINISTRATIVELY CLOSED pending further order of the Court.

2. Upon the Ninth Circuit's ruling on Plaintiff's Rule 23(f) petition, the parties shall forthwith notify the Court of the court of appeal's decision, and request that the matter be reopened and that a further Case Management Conference be scheduled.

3. This Order terminates Docket 115.

IT IS SO ORDERED.

Dated:  July 18, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge