UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATHANASSIOS DIACAKIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, and DOES 1-10, inclusive,<br><br>Defendants. | No: C 11-3002 SBA<br><br>**ORDER REOPENING ACTION AND SETTING CASE MANAGEMENT CONFERENCE** |

The Ninth Circuit has denied Plaintiff's petition for permission to appeal the Court's order denying class action certification. Dkt. 117. Accordingly,

IT IS HEREBY ORDERED THAT the instant action shall be REOPENED and restored to the Court's active civil docket. The stay entered on July 19, 2013, is VACATED. The parties shall appear for a telephonic Case Management Conference on October 23, 2013, at 2:45 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. Plaintiff's counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiff's counsel shall call (510) 637-3559 with all parties on the line. The parties may use CourtCall or a similar service to set up the call. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: September 11, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge