1  BRIAN R. STRANGE (SBN 103252)
   lacounsel@earthlink.net
2  GRETCHEN CARPENTER (SBN 180525)
   gcarpenter@strangeandcarpenter.com
3  STRANGE & CARPENTER
   12100 Wilshire Blvd., 19th Floor
4  Los Angeles, CA 90025
   Telephone:   310-207-5055
5  Facsimile:   310-826-3210

6  Attorneys for Plaintiff
   ATHANASSIOS DIACAKIS

MICHAEL J. STORTZ (SBN #139386)
michael.stortz@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendant
COMCAST CORPORATION

SEAMUS C. DUFFY
seamus.duffy@dbr.com
MICHAEL W. McTIGUE JR.
michael.mctigue@dbr.com
MICHAEL P. DALY
michael.daly@dbr.com
TARA S. SAROSIEK
tara.sarosiek@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA  19103-6996
Telephone:   (215) 988-2700
Facsimile:   (215) 988-2757

*Of Counsel* for Defendant
COMCAST CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATHANASSIOS DIACAKIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION; and DOES 1-10, inclusive<br><br>　　　　　Defendant. | Case No. 4:11-cv-03002-SBA<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Athanassios Diacakis and Defendant Comcast Corporation, by and through their counsel of record, hereby stipulate to dismiss this action with prejudice, with each party bearing his/its own costs and fees.

IT IS SO STIPULATED.

Dated: April 18, 2014                     STRANGE & CARPENTER

By: /s/ Gretchen Carpenter
    Gretchen Carpenter

Attorneys for Plaintiff
ATHANASSIOS DIACAKIS

Dated: April 18, 2014                     DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
    Michael J. Stortz

Attorneys for Defendant
COMCAST CORPORATION

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Gretchen Carpenter, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.  Executed on April 18, 2014, at Los Angeles, California.

/s/ Gretchen Carpenter
Gretchen Carpenter